IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEANDA,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>          Defendant. | Case No. 1:08-cv-01052 GSA<br><br>ORDER RE STIPULATION TO EXTEND<br>BRIEFING SCHEDULE<br>(Document 15) |

    Pursuant to the stipulation of the parties filed on December 30, 2008, Plaintiff is GRANTED an extension of time, until January 19, 2009, in which to serve his confidential brief.[1]  All remaining actions shall be extended accordingly and shall proceed under the time limit guidelines established in the scheduling order filed July 22, 2008.

    IT IS SO ORDERED.

    Dated:   **January 5, 2009**              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The court construes Plaintiff's request for an extension of time to provide a settlement proposal as a request for an extension of time to provide Defendant with his confidential letter brief.