Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOSE DEANDA, <br>     Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | Case No.: 1:08-cv-01052-AWI-GSA <br><br> ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including May 4, 2009, in which to file Plaintiff's opening brief; Defendant's reply brief shall be due by June 8, 2009 and Plaintiff's reply brief due 15 days thereafter.

IT IS SO ORDERED

DATE: March 24, 2009     /s/ Gary S. Austin
                                       The Honorable Gary S. Austin
                                       United States Magistrate Judge