Denise Bourgeois Haley
Attorney at Law:   143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEANDA, | Case No.: CV 08-1052 GSA |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jose Deanda ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Law Offices of Lawrence D. Rohlfing, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of $4,500.00.  This amount represents compensation for all legal services rendered by Denise Bourgeois Haley and the Law Offices of

1 Lawrence D. Rohlfing on behalf of Plaintiff in connection with this civil action, in
2 accordance with 28 U.S.C. § 2412(d).

3     The stipulation is entered into for the sole purpose of settling all disputed
4 claims regarding EAJA and avoiding the expenses and risks of litigation. This
5 stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
6 attorney fees, costs, and expenses.  This stipulation does not constitute an
7 admission of liability on the part of Defendant under the EAJA.  This stipulation
8 does not settle, or compromise the question of whether Denise Bourgeois Haley
9 may be, is, or should be the direct payee of an award of fees, costs, and expenses
10 under the EAJA in the absence or presence of an express or implied assignment of
11 such an award nor whether any such award is free from or subject to debts of Jose
12 Deanda, if any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to
13 any issue regarding the applicability of the Assignment of Claims Act, 31 U.S.C. §
14 3727.

15     Neither this agreement nor the substance herein shall, in full or in part, be
16 quoted, cited or referred to in any document filed in any case but the present one
17 and it shall not, in full or in part, be attached to any document filed in any case but
18 the present one.

19     Payment of $4,500.00 in EAJA attorney fees, costs, and expenses to Law
20 Offices of Lawrence D. Rohlfing as assignee of Jose Deanda shall constitute a
21 complete release from and bar to any and all claims Jose Deanda may have relating
22 to EAJA fees in connection.  Any payment shall be made payable to Plaintiff's
23 counsel as Plaintiff's assignee and delivered to Law Offices of Lawrence D.
24 Rohlfing.
25 ///
26 ///

1  This award is without prejudice to the rights of Denise Bourgeois Haley and Law
2  Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under
3  42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

4  DATE: March 23, 2010           Respectfully submitted,

5                                 LAW OFFICES OF LAWRENCE D. ROHLFING

6                                      /s/ *Denise Bourgeois Haley*
                              BY:_____
7                                 Denise Bourgeois Haley
                                  Attorney for plaintiff
8

9  DATED: March 22, 2010              BENJAMIN B. WAGNER
                                      United States Attorney
10

11                                     /s/    *Armand D. Roth*
                                  _____
12                                Armand D. Roth
                                  Special Assistant United States Attorney
13                                Attorneys for Defendant Michael J. Astrue,
                                  Commissioner of Social Security
14                                (Per e-mail authorization 03/22/2010)

15

16

17

18

19

20

21

22

23

24

25

26

-3-

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DEANDA,<br><br>      Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant | Case No.: CV 08-1052 GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $4,500.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  March 22, 2010                      /s/ Gary S. Austin<br>                                                     The Honorable Gary S. Austin<br>                                                     United States Magistrate Judge