1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DEANDA, | ) | Case No.: 08-1052 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S** |
| | ) | **MOTION FOR ATTORNEY'S FEES** |
| vs. | ) | **PURSUANT TO 42 U.S.C. § 406(b)** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **(Doc. 26)** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

14

15

16

17

18

19

20

21

22

23

Plaintiff Jose Deanda moved the Court for an order granting Plaintiff's counsel $9,000.00 in attorney's fees pursuant to 42 U.S.C. § 406(b) (Doc. No. 26).with an order requiring Plaintiff's counsel to reimburse Plaintiff $4,500.00 in Equal Access to Justice Act fees ("EAJA fees").

24

25

26

After reviewing the request, the attorney request appears reasonable. Accordingly, IT IS ORDERED that Plaintiff's Motion for a total of $9,000.00 in attorney's fees is GRANTED.  Because this Court has already ordered attorney

1   fees in the amount of $4,500.00 (Doc. 25), IT IS FURTHER ORDERED that

2   Plaintiff's counsel reimburse Plaintiff $4,500.00 in EAJA fees.

3

4   **IT IS SO ORDERED.**

5

6   **DATED:** __July 8, 2011__          __/s/ Gary S. Austin__
                                        **UNITED STATES MAGISTRATE JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26